**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-380-RCJ (PAL) |
| ) | |
| BRIAN LITTLEJOHN, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 6, 2011, defendant BRIAN LITTLEJOHN pled guilty to Counts One and Two of a Two-Count Superseding Criminal Indictment charging him in Count One with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1) and in Count Two with Possession with Intent to Distribute Marijuana. #9.

This Court finds defendant BRIAN LITTLEJOHN agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Superseding Criminal Indictment and the Plea Agreement. #9.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and the Plea Agreement and the offense to which defendant BRIAN LITTLEJOHN pled guilty.

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code,
2  Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States
3  Code, Section 853(a)(1) and (a)(2):
4      a.    a DPMS model AR15 .223 caliber rifle, serial number N0008294; and
5      b.    Any and all ammunition ("property")
6  This Court finds the United States of America is now entitled to, and should, reduce the
7  aforementioned property to the possession of the United States of America.
8  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
9  the United States of America should seize the aforementioned property.
10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest
11  of BRIAN LITTLEJOHN in the aforementioned property is forfeited and is vested in the United
12  States of America and shall be safely held by the United States of America until further order of
13  the Court.
14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of
15  America shall publish for at least thirty (30) consecutive days on the official internet government
16  forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited
17  property, state the time under the applicable statute when a petition contesting the forfeiture must
18  be filed, and state the name and contact information for the government attorney to be served
19  with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,
20  Section 853(n)(2).
21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
22  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
24  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
25  the following address at the time of filing:
26  . . .

| | |
|---|---|
| 1 | Michael A. Humphreys |
| | Assistant United States Attorney |
| 2 | Daniel D. Hollingsworth |
| | Assistant United States Attorney |
| 3 | Lloyd D. George United States Courthouse |
| | 333 Las Vegas Boulevard South, Suite 5000 |
| 4 | Las Vegas, Nevada 89101. |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 31st day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE